# MEMORANDUM DECISIONS

BAIN v. KEARNS et al. (Circuit Court of Appeals, Eighth Circuit. December 4, 1922.) No. 6231. Appeal from the District Court of the United States for the District of Utah. J. D. Skeen and Herbert Van Dam, Jr., both of Salt Lake City, Utah, for appellant. George J. Gibson, A. L. Hoppaugh, and Charles C. Dey, all of Salt Lake City, Utah, for appellees.

PER CURIAM. Appeal docketed and dismissed, with costs, pursuant to rule 16 (188 Fed. xi, 109 C. C. A. xi), on motion of appellees.

BEFFA v. UNITED STATES. (Circuit Court of Appeals, Eighth Circuit. December 12, 1922.) No. 6043. In Error to the District Court of the United States for the Eastern District of Missouri. Arthur Stahl and Eugene D. Andrews, both of St. Louis, Mo., for plaintiff in error. John C. Dyott, Sp. Asst. Atty. Gen., for the United States.

PER CURIAM. Dismissed, without costs to either party in this court, on motion of defendant in error.

BERBILIS v. NASH. (Circuit Court of Appeals, Eighth Circuit. December 6, 1922.) No. 5962. Appeal from the District Court of the United States for the Eastern District of Missouri. Charles A. Lich, of St. Louis, Mo., for appellant. J. E. Carroll, U. S. Atty., of St. Louis, Mo., for appellee.

PER CURIAM. James Nash, acting inspector, etc., substituted as appellee, and appeal dismissed, without costs to either party in this court, on motion of appellee.

BOTTS et al. v. MARX et al. (Circuit Court of Appeals, Eighth Circuit. February 7, 1923.) No. 6276. In Error to the District Court of the United States for the Eastern District of Missouri. John B. Abbott, T. T. Fauntleroy, P. H. Cullen, and John B. Edwards, all of St. Louis, Mo., for plaintiffs in error. Moses N. Sale and David Goldsmith, both of St. Louis, Mo., for defendants in error.

PER CURIAM. Writ of error docketed and dismissed, with costs, on motion of defendant in error, under rule 16 (188 Fed. xi, 109 C. C. A. xi).

BOWMAN v. UNITED STATES. (Circuit Court of Appeals, Fifth Circuit. April 7, 1923.) No. 4026. In Error to the District Court of the Uunited States for the Northern District of Florida; Wm. B. Sheppard, Judge. Action between the United States and Jim Bowman. From an adverse judgment, the latter brings error. Affirmed. Philip D. Beall, John M. Coe, and Walter Kehoe, all of Pensacola, Fla., for plaintiff in error. Fred Cubberly, U. S. Atty., of Gainesville, Fla., and G. E. Hoffman, Asst. U. S. Atty., of Pensacola, Fla. Before WALKER, BRYAN, and KING, Circuit Judges.

PER CURIAM. The judgment in this case is affirmed.

BREWER v. WOODROUGH, U. S. Dist. Judge. (Circuit Court of Appeals, Eighth Circuit. January 8, 1923.) No. 232 Original. Petition for Mandamus to the District Court of the United States for the District of Nebraska. George S. Wright and Addison G. Kistle, both of Counsel Bluffs, Iowa, for petitioner.

PER CURIAM. Petition for mandamus dismissed, without costs to either party in this court, on motion of petitioner.